UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CORY WINANS, | ) | 3:12-cv-00095-RCJ-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 20, 2012 |
| CCS. THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　Before the court is Plaintiff's Motion to Extend Prison Copywork Limit (Doc. # 22). Defendants did not oppose the motion. Plaintiff's motion does not identify precisely how much additional allocation he wants for his copywork, only a "reasonable allowance." (*Id*. at 3.) He attaches an inmate account statement which indicates he had a copywork balance available to him (albeit in July) of $16.70. Assuming he has exhausted that sum by this date, the Court **GRANTS** Plaintiff an additional **$20.00** copywork allowance.

　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　　　　　　　　　　　By:   /s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk