UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

CORY WINANS,

        Plaintiff,

v.

CCS. THOMAS, e*t al.*,

        Defendants.

CASE NO.: 3:12-CV-00095-RCJ-WGC

O R D E R

The Court has considered the Report and Recommendation of United States Magistrate (ECF #88) entered on July 2, 2013, in which the Magistrate Judge recommends that the Court enter an order granting Defendant's Motion for Summary Judgment (ECF #65). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #88).

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (ECF #65) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 30th day of August, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE